United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDDY MCCARDIE,

Plaintiff,

v.

GREGORY J. AHERN, et al.,

Defendants.

Case No. 20-cv-01408-EMC

**ORDER OF DISMISSAL**

Docket No. 2

This *pro se* prisoner's civil rights action originally was filed in the U.S. District Court for the Central District of California on February 11, 2020, and was transferred to the Northern District of California on February 19, 2020. On February 25, 2020, the Court notified Plaintiff in writing that the action was deficient due to the failure to furnish either the requisite $400.00 filing fee or a completed and signed Court-approved *in forma pauperis* application. The notice explained that the one-page application that Plaintiff had sent was deficient because it was only the first page of a multi-page form, was not signed, and was not accompanied by the required certificate of funds and a copy of the prisoner's trust account statement for the last six months. Docket No. 6. Plaintiff was notified he had to file a completed *in forma pauperis* application within 28 days or the action would be dismissed. *Id.* Plaintiff has not filed a completed *in forma pauperis* application and the deadline by which to do so has long passed. His one-page *in forma*

///

///

///

///

United States District Court
Northern District of California

*pauperis* application is **DENIED** as incomplete. Docket No. 2. This action is **DISMISSED** without prejudice because Plaintiff failed to pay the filing fee or file a completed *in forma pauperis* application. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: June 5, 2020

EDWARD M. CHEN
United States District Judge